UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA } ss

## AFFIDAVIT

I, Christopher Potts, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed since September 2018. I am currently assigned to a squad that investigates violent crime, narcotics distribution, and crimes against children in Indian Country. Before working crimes in Indian Country, I spent approximately two years investigating gang-related crime in Chicago, IL. I have experience in investigating counter terrorism matters including threats of violence against federal officers.

2. This affidavit is submitted in support of a criminal complaint alleging that, on or about June 15, 2025, **CHARLES DALZELL** transmitted, in interstate commerce, communications threatening to injure the person(s) of another, in violation of 18 U.S.C. § 875(c), and threatened to assault, kidnap, or murder a United States Official in violation of 18 U.S.C. § 115(a)(1)(B).

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging **CHARLES DALZELL** with violating 18 U.S.C. § 875(c) and 18 U.S.C. § 115(a)(1)(B), I have not included each and every fact known to me concerning this investigation.

4. The facts in this affidavit come from my personal observations and

knowledge, my training and experience, and information obtained from other law enforcement personnel.

## PROBABLE CAUSE

5. I reviewed an email that was sent from address "103streetbob@gmail.com" from an individual named "Chuck Miller." The interview was sent to the "USAND-WebMaster," an email address for the United States Attorney's Office for the District of North Dakota, on or about February 26, 2024, at 7:40:47 AM. The email appears to describe a legal challenge that the writer was undergoing. In the email, the writer notes "I'm on the very very edge of flipping the fuck out and the moral of the story is [D.P.] is either connected to offer giants the people responsible for the lien or [P] is a really really shitty person…"[1] The writer continues with "I am not asking for help I am demanding it because honestly person to person this is going to turn bad as I am completely surrounded and there's a word that starts with a V and ends with a T and kinda sounds like violin [emoji of violen included] and that is where this is heading if I don't get some help, yes I'm asking for help before I lose control. I didn't write this to waste either of our time because I don't have time left and patience is also gone… now I don't want bad things to happen because I'm not like that but put anyone in this situation and continue to let it keep taking and hurting them financially and sooner or later it'll push them over the edge.

---

[1] [D.P] confirmed with law enforcement that DALZELL used the email address "103streetbob@gmail.com" with the name "Chuck Miller" during their communications.

2

HELP ME BEFORE THIS GETS VERY UGLY AND PERSONAL."

6. On or about February 26, 2024, FBI SA Joel Lowry and FBI Task Force Officer (TFO) Jon Clausen interviewed DALZELL at his residence located at 425 Park Street, St Thomas, ND 58276. The interview was recorded. I have reviewed TFO Clauzen's report and have included summarized portions of it below:

  a. DALZELL acknowledged that he had hired [D.P.] as an attorney to help him with a legal issue. DALZELL expected [D.P.] to send documents on his behalf, but he claimed that did not happen.

  b. DALZELL, after being confronted with documents that [D.P.] forwarded to the United States Attorney's Office, acknowledged that he was familiar with the documents and stated, "what comes around goes around."

  c. DALEZLL was also presented with a handwritten letter that starts with "My name is Charles Dalzell." DALZELL denied writing the letter.

  d. DALZELL was also confronted with the email communications that described a word that started with "V" and ended with "T". DALZELL told law enforcement that he had sent that to the state and not [D.P.]. DALZELL asked what he was expected to do and noted that he wanted help with his property situation before it

3

gets to that.[2]

   e. Law enforcement told DALZELL that his communications appeared to be borderline threatening. He was also notified that it was a violation to threaten people over that internet and his communications were being perceived as threats.

   f. DALZELL told law enforcement that he was not threatening [D.P.].

   g. DALZELL stated that if he wanted to go shoot a place up he would not advertise it. He told law enforcement that he does not have access to firearms.

7. On or about June 16, 2025, I reviewed an email sent from email address "103streetbob@gmail.com" from "Charles Dalzell" to J.P. of the United States Attorneys (USAO) for the District of North Dakota. The timestamp on the email reads "Sunday, June 15, 2025 5:11:44 PM." I have included both quotes and summarized portions of the email below:

   a. "Just sitting here wondering what a law maker and a representative were shot and one dead over in Minnesota and one thing comes to mind, something like that doesn't fall out of the sky now does it… I'm most certainly not making threats but when law makers make laws and the state doesn't follow the laws they

---

[2] TFO Clausen indicated in his report that he believed the statement was referring to DALZELL getting help before resorting to violence.

created it would probably piss some people off right…"

b. The writer of the email, who I believe to be DALZELL, explains that he asked federally elected public officials for assistance in his case and was ignored. DALZELL notes that the police were notified after his fourth attempt to contact the representatives. DALZELL indicated that two officers told him that they were not interested in helping him and that he was close to going to jail. DALZELL blamed J.P, among others, for lying to him.

c. DALZELL explained that he had reached out to multiple government officials about legal issues and was ignored.

d. DALZELL stated "Now I'm going to be honest with you I don't want this situation to end up like Minnesota over the weekend, do you. I'm trying to get all of you to actually follow the law, not ignore me, not lie to me, not mislead me and purposely waist my time I don't have. And that is what you all have done and this makes me wonder if these bad situations are really what you want or do you hope that I flip out and end up dead by a police officer?"

e. DALZELL indicated that he was owed money after a victory in court and the police were attempting to silence him so public officials could engage in corruption.

f. DALZELL reiterates that "I don't know the specifics in this Minnesota case but a representative and a lawmaker were shot

5

    and one of them is dead and all of you mentioned above are basically avoiding your responsibility and that is creating some bad situations. I'm not impressed with this corrupt behavior and I'm not going to tolerate it."

  g. DALZELL stated "If you call the cops on me to intimidate me and scare me with charges and jail so I shut up about my rights I have by being an American, that's where the bullshit stops. Do I make myself clear?? I'm done with you ignoring me, I'm done with the threats of jail and charges, I'm done with [North Dakota Public Official] and his bullshit lies, this had god dam better get fixed Monday morning which is tomorrow because I want to avoid anymore problems and don't want North Dakota to end up like Minnesota and no that is not a threat [J.P.] it's a fact and a statement that it's a bad situation and I wouldn't want any part of it[...]and I'll be honest I'm extremely pissed off and before you people push me into one of those situations with no way out except death or prison the law and the rules and the constitution had better get followed."

  h. DALZELL mentions that two public officials and a judge, who he mentions by name, were not effectively performing their duties and that "calling the authorities on [him] for standing up for [his] civil and constitutional rights is not going to be tolerated since it

is very obvious it's there way of provoking me [...]"

i. DALZELL continues by saying that he is "not backing down and "[he is] not going anywhere until [he's] reimbursed what [he's owed and laws are followed. It's very simple to understand and if laws are not followed it's a very long list of you that are going to be looking for a new career [...]"

8. I reviewed an additional email from "103streetbob@gmail.com" that was sent to J.P. on June 16, 2025, at approximately 12:33 P.M. In the email, DALZELL noted that it was "shocking that so many of you North Dakota elected official don't seem to care about ignoring people, upholding laws, upholding the constitution nothing. You just ignore your job like it doesn't matter, and in doing so you help a corrupt judge and a chickenshit governor violate my civil and constitutional rights. You don't really care though do ya..."

9. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that, on or about June 15, 2025, in the District of North Dakota, **DALZELL** transmitted, in interstate commerce, communications threatening to injure the person(s) of another, in violation of 18 U.S.C. § 875(c) as well as threatened to assault, kidnap, or murder a United States Official in violation of 18 U.S.C. §

7

115(a)(1)(B).

Respectfully submitted,

CHRISTOPHER POTTS
Special Agent
Federal Bureau of Investigation

Sworn to and affirmed by telephone on June 16, 2025.

Alice R. Senechal
Magistrate Judge
United States District Court
North Dakota