AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>**Charles Dalzell**<br><br>*Defendant* | )<br>)  Case No. 3:25-mj-466<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Charles Dalzell                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
See attached affidavit.


Date: June 16, 2025                                                               _____
                                                                                                  *Issuing officer's signature*

City and state: Grand Forks, ND                                    Alice R. Senechal, US Magistrate Judge
                                                                                                  *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/16/25, and the person was arrested on *(date)* 6/16/25
at *(city and state)* St. Thomas, North Dakota

Date: 6/17/25                                                                        _____
                                                                                                  *Arresting officer's signature*

                                                                                     Jennifer Braun, SA FBI
                                                                                                  *Printed name and title*